DAYLE ELIESON
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
100 West Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA G. BARNES, | Case No. 3:18-cv-00199-MMD-WGC |
| Plaintiff, | |
| v. | **ORDER** |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS HEREBY ORDERED that, pursuant to the parties' stipulation, Defendant Nancy A. Berryhill shall have up to and including May 30, 2018 to file her response to Plaintiff's complaint (ECF No. 1).

Dated this 14th of May 2018.

_____
UNITED STATES MAGISTRATE JUDGE

1