# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PATRICIA G. BARNES, | ) | 3:18-cv-00199-MMD-WGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations,<br>performing duties and functions not reserved<br>to the Commissioner of Social Security, | )<br>)<br>)<br>) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's "Motion to Allow Electronic Filing Without an Attorney" (ECF No. 32), filed on July 5, 2018.

Plaintiff requests permission to file, receive, and serve documents electronically in this case. Plaintiff provided certification that she has completed the CM/ECF tutorial and is familiar with the Electronic Filing Procedures, Best Practices, and with Part IC - Electronic Case Filing of the Local Rules of Practice of the United States District Court (ECF No. 38). The court finds that Plaintiff has demonstrated a basic understanding and familiarity with the CM/ECF filing system. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to Allow Electronic Filing Without an Attorney" (ECF No. 32) is **GRANTED**. Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED: September 5, 2018.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE