# IN THE UNITED STATES DISTICT COURT

# FOR THE DISTRICT OF NEVADA

PATRICIA G. BARNES,

                    Plaintiff,

vs.

NANCY A. BERRYHILL,

Acting Commissioner
Social Security Administration

                    Defendant.

_____

) **Case No.: 3:18-CV-00199-MMD-WGC**
)
)
) **STIPULATION TO DISMISS COUNTS**
) **FOUR AND FIVE OF PLAINTIFF'S**
) **FIRST AMENDED COMPLAINT**
)
)
)
)
)
)

PLAINTIFF Patricia G. Barnes and Defendant Nancy A. Berryhill, Acting Commissioner, Social Security Administration,  jointly stipulate and agree to dismiss the following counts of Plaintiff's First Amended Complaint pursuant to  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

- • Count Four: Intentional Age Discrimination in violation of N.R.S. § 613.310 et seq. (including NRS §613.330)

- • Count Five:  Discrimination for opposing unlawful practice in violation of N.R.S. 613:310 et seq. (including N.R.S. § 613.340).

In the interest of expediting this litigation, Plaintiff offered to dismiss Counts Four and Five at the Early Neutral Evaluation of her case on December 10, 2018 before U.S. Magistrate

Judge Carla Baldwin Carry. Defendant did not oppose and also stipulated to the dismissal of Counts Four and Five.

s/ Patricia G. Barnes            December 17, 2018
Patricia G. Barnes               Dated
4910 E. Eastland St.
Tucson, AZ 85711


s/ Holly A. Vance              December 17, 2018
Holly A. Vance                 Dated
Assistant U.S. Attorney
Bruce R. Thompson Federal Building
400 South Virginia St., Suite 900
Reno, Nevada 89501


IT IS SO ORDERED.

Dated: December 19, 2018
_____
U.S. District Judge