|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | DISTRICT OF NEVADA | |
| | * * * | |
| PATRICIA G. BARNES, | Case No. 3:18-cv-00199-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner Social Security Administration, | |
| Defendant. | |

*Inter alia* before the Court is Plaintiff's unopposed motion for leave to file a second amended complaint and accompanying complaint ("Motion"). (ECF No. 80, 80-1; ECF No 81 (Defendant's response and non-opposition to Plaintiff's Motion).) In the Motion, Plaintiff seeks to amend her complaint to omit claims and to make certain corrections. (ECF No. 80; *compare* ECF No. 46 *with* ECF No. 80-1.) In light of Defendant's non-opposition to Plaintiff's Motion and other pertinent considerations, the Court grants the Motion. *See, e.g., Leadsinger, Inc. v. BMG Music Publ'g*, 512 F.3d 522, 532 (9th Cir. 2008) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)) (explaining considerations for the courts in exercising discretion as to whether to grant a motion to amend); *see also* Fed. R. Civ. P. 15(a)(2) (providing that once a responsive pleading has been filed, "a party may amend its pleading only with the opposing party's written consent or the court's leave"); LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes consent to the granting of the motion."). Plaintiff's second amended complaint (ECF No. 80-1) is now the operative complaint. *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), *overruled on other grounds by Lacey v. Maricopa Cty.*, 693 F.3d 896 (9th Cir. 2012) (explaining an amended complaint supersedes the original).

| | |
|---|---|
| 1 | Because the Court grants Plaintiff's Motion, all pending motions (ECF Nos. 52 |
| 2 | (motion to dismiss), 62 (motion to strike), 79 (Plaintiff's first motion for partial summary |
| 3 | judgment)) related to the prior complaint are denied as moot. |

It is therefore ordered that Plaintiff's motion to amend/correct her complaint (ECF No. 80) is granted. The Clerk is directed to detach and file the proposed second amended complaint attached to Plaintiff's motion (ECF No. 80-1).

It is further ordered that all pending motions (ECF Nos. 52, 62, 79) are denied as moot.

DATED THIS 15th day of April 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE