UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA G. BARNES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 3:18-cv-00199-MMD-WGC<br><br><br>**ORDER** |

　　IT IS HEREBY ORDERED that Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, shall have up to and including September 3, 2019 to file her Response to Plaintiff's Request for Reconsideration and Leave to File a Third Amended Complaint (ECF No. 145).

　　**DATED:** August 21, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISRICT JUDGE**
　　　　　　　　　　　　　　　　　　　　　　　　**U.S. MAGISTRATE JUDGE**