e
# IN THE UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF NEVADA

| PATRICIA G. BARNES, | ) | Case No.: 3:18-CV-00199-MMD-WGC |
|---|---|---|
| Plaintiff, | ) | **PLAINTIFF'S MOTION REQUESTING AN EXTENSION TO RESPOND TO ORDER (ECF #181)** |
| vs. | ) | |
| ANDREW SAUL, Commissioner of Social Security | ) | |
| Defendant. | ) | |

    Plaintiff Patricia G. Barnes hereby requests a 15-day extension of time, from August 5, 2021 until August 20, 2021, to respond to Chief U.S. District Judge Miranda M. Du's Order, ECF # 181, of July 6, 2021. This motion is made pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1.

    The reason for this request is that Plaintiff has a pre-arranged schedule of travel from July 8, 2021 until July 30, 2021.

    Holly A. Vance, Counsel for Defendant Andrew Saul, Commissioner of Social Security, stated via email on July 7, 2021 that she has no objection to Plaintiff's request for the 15-day extension.

## CONCLUSION

For the reasons argued above, Plaintiff's 15-day extension request should be granted.

DATED:  July 7, 2021                    Respectfully submitted,

                                                                s/ Patricia G. Barnes
                                                                PATRICIA G. BARNES
                                                                Pro Se
                                                                4910 E. Eastland St.
                                                                Tucson, AZ 85711
                                                                520-328-9768

**IT IS SO ORDERED,**

**Dated:** July 7, 2021_____, **2021**

                                                                                **UNITED STATES DISTRICT JUDGE**

# CERTIFICATE OF SERVICE

It is hereby certified that the foregoing Plaintiff's Motion Requesting an Extension to Respond to Order (ECF #181) was made through the Court's electronic filing and notice system (CM/ECF), and by sending a copy of same via ECF notice upon:

> HOLLY A. VANCE
> Counsel for Defendant Andrew Saul, Commissioner of Social Security

DATED: July 7, 2021                                /s Patricia G. Barnes
                                                                    PATRICIA G. BARNES